

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

September 9, 1959

Honorable Ralph R. Wolf
Executive Director
State Building Commission
Austin, Texas

Opinion No. WW-699

Re: Authority of the State
Building Commission to
purchase an original
and a copy of a state-
ment of facts used in
connection with the
acquisition of real
estate for the State
Archives and Library
Building.

Dear Mr. Wolf:

We are in receipt of your recent letter in which
you have requested the opinion of this office as to
whether the State Building Commission has authority to
purchase an original and a copy of a statement of facts
used in connection with the acquisition of real estate
for the State Archives and Library Building and to which
appropriation it may be charged.

This office has held in Opinion No. WW-633 that
the State Building Commission has authority to engage
attorneys to represent the Commission in the trial of
civil cases, as an incident to the land acquisition pro-
gram, where the funds and appropriations for such services
permit. Certainly, if the Commission has the authority
to engage an attorney to participate in litigation for
acquisition of the real estate in question, it also has
the authority to pay court costs in connection therewith.
A statement of facts being an item of court costs, the
Commission is authorized to purchase such when it is
deemed necessary or expedient.

The Commission, having authority to purchase the
original of a statement of facts, also has authority to
purchase a copy of a statement of facts, in accordance

with Opinion No. WW-692, when the Commission deems it necessary or expedient in the proper prosecution or defense of law suits in connection with the land acquisition program.

As to which appropriation or appropriations such an expenditure is properly chargeable, it is the opinion of this office, in accordance with Opinion No. WW-633, that this expenditure may properly be charged to the line appropriation "for other salaries or professional services by contract or part time employment."

In Opinion No. WW-472 this office held that the payment of court costs was a necessary incident to "establishing, planning, constructing, and maintaining a system of highways" and that such costs were properly chargeable to the appropriations "for establishing, planning, constructing, and maintaining a system of highways." In accord with that opinion it is the opinion of this office that the expenditures under consideration may also properly be charged to the appropriation "for the purpose of purchasing land, preparing the site, planning, constructing, and initially equipping a State Library and Archives Building to house the State Library, General Land Office, State Archives and museum."

## SUMMARY

The State Building Commission has authority to purchase an original and a copy of a statement of facts to be used in connection with the acquisition of real estate for the State Archives and Library Building and that such expenditures are properly chargeable to the appropriation for "other salaries or professional services" or to the appropriation for the "purchasing of land, preparation of site, . . ." of the State Archives and Library Building.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John L. Estes
Assistant

JLE:rm:mfh

Honorable Ralph R. Wolf, page 3 (WW-699)


APPROVED:

OPINION COMMITTEE
Geo. P. Blackburn, Chairman

William D. Armstrong
Robert T. Lewis
Fred Werkenthin
Charles D. Cabaniss
Tom I. McFarling

REVIEWED FOR THE ATTORNEY GENERAL
BY:  W. V. Geppert